**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00156-CV

---

**DONALD R. HODGES, Appellant**

**V.**

**JAMES E. OSBORNE, SR., AS INDEPENDENT ADMINISTRATOR FOR THE ESTATE OF JAMES E. OSBORNE, JR., DECEASED, Appellees**

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 63717**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 3, 2014. On November 10, 2014, the parties requested this court to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.